No. 00–10451. BROWN v. CITY OF PHILADELPHIA. C. A. 3d Cir. Certiorari denied.

No. 00–10452. DICKERSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 00–10453. PALOMARES-MUNOZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–10454. ARREOLA-TRASVINA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–10455. ZELLIS v. MASTERS ET AL. C. A. 9th Cir. Certiorari denied. 

No. 00–10457. SIMS v. MADDOCK, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 00–10459. KINGSLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 00–10460. JIMENEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–10461. PARSONS v. GARRAGHTY, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 00–10462. PUGH v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 00–10463. JENKINS v. DUKES, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 00–10464. SAVAGE v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied. 

No. 00–10465. WILSON v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. 

No. 00–10466. FOSTER v. HUBBARD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10467. ROCHELL v. LACY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.